## LOUIS BERGER *v.* STATE OF MARYLAND.

[No. 22, October Term, 1933.]

*Decided October 27th, 1933.*

The cause was submitted to BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*Bernard Ades,* for the appellant.

*Wm. Preston Lane, Jr., Attorney General, G. C. Anderson, Assistant Attorney General,* and *A. Theodore Brady, State's Attorney for Anne Arundel County,* for the State.

The opinion was delivered *per Curiam.*